```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 15730
   HARRY BOONE
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2963

-------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/19/2008 and was not confirmed.

     The case was dismissed without confirmation 07/21/2008.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
-------------------------------------------------------------------------------

COUNTRYWIDE HOME LOANS   SECURED NOT I  NOT FILED         .00            .00
COUNTRYWIDE HOME LENDING NOTICE ONLY    NOT FILED         .00            .00
PRO SE DEBTOR            DEBTOR ATTY          .00                        .00
TOM VAUGHN               TRUSTEE                                         .00
DEBTOR REFUND            REFUND                                          .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         --------------       --------------
TOTALS                       .00                     .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 10/23/08                 _____

                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```